**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-7073**

————————

ERIC WILLIAM OWENS,

Petitioner - Appellant,

versus

T. C. SMILEY, Superintendent,

Respondent - Appellee.

————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-99-508-3-MU)

————————

Submitted: November 30, 2000      Decided: December 6, 2000

————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Eric William Owens, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric William Owens seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny his motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See <u>Owens v. Smiley</u>, No. CA-99-508-3-MU (W.D.N.C. June 26, 2000).[*]  We also deny his motion to proceed in forma pauperis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on June 22, 2000, the district court's records show that it was entered on the docket sheet on June 26,2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).